UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RONELL AGEE, 05B0626,

        Petitioner,

  -v-

J. BRANDT,

        Respondent.



DECISION AND ORDER
10-CV-6303L

---

Petitioner has submitted a complaint to the Court and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant the request, it needs sufficient information on which to base its determination.

Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request, because plaintiff has neglected to have prison officials complete the required prison certification section of the application form, without which the Court cannot grant the request and put the case forward. Because this section of the application form must be completed and signed by a prison official, plaintiff may have until **July 23, 2010** to submit a supplementary application which includes a completed prison certification section.

The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **July 23, 2010**, plaintiff must **either** submit the supplemental application form with a completed and signed prison certification **or** pay the full filing fee of $5.00. Petitioner is forewarned that failure to comply with this order by either submitting the supplemental