UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RONELL AGEE,

                              Plaintiff,

                                                                DECISION AND ORDER

                                                                10-CV-6303L

              v.

J. BRANDT,

                              Defendant.
_____

      Plaintiff filed a motion (Dkt. #13) requesting that I reconsider my order (Dkt. #12) denying

appointment of counsel.  The motion for reconsideration is denied.

      IT IS SO ORDERED.

_____
                              DAVID G. LARIMER
                              United States District Judge

Dated: Rochester, New York
       May 9, 2011.